**LUTHERAN BROTHERHOOD, Appellant, v. John ANDERSON et al.**

No. 10195.

Circuit Court of Appeals, Eighth Circuit.

Jan. 8, 1935.

Francis A. Brogan, Alfred G. Ellick, and E. J. Shoemaker, all of Omaha, Neb., for appellant.

G. E. La Violette, of Omaha, Neb., for appellees.

PER CURIAM.

Appeal dismissed, with prejudice, without costs to either party in this court, per stipulation of parties.